IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **180S, INC.** | * | |
|     **Plaintiff** | * | |
|     v. | * | Civil Action No. JFM 04-CV-0706 |
| **WALGREEN CO.** | * | |
|     **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, 180s, Inc., by counsel, pursuant to Fed. R. Civ. P. 41(a)(1), files this notice of voluntary dismissal of its complaint against Walgreen Co.


Dated: July 19, 2004

        /S/
William W. Carrier, Fed. Bar No. 08453
Lawrence J. Quinn, Fed. Bar No. 07545
  Tydings & Rosenberg LLP
  100 East Pratt Street, 26th Floor
  Baltimore, MD  21202
  Telephone:   410/752-9700
  Facsimile:   410/727-5460

COOLEY GODWARD LLP
Jonathan G. Graves
Christopher R. Hutter
  One Freedom Square
  Reston Town Center
  11951 Freedom Drive
  Reston, VA  20190-5601
  Telephone:   703/456-8000
  Facsimile:   703/456-8100


OF COUNSEL:
180s, Inc.
Timothy A. Hodge, Jr.
(Md. Fed. Bar #08022)


#430186v.1

Chief Legal Officer
701 East Pratt Street, Suite 180
Baltimore, Maryland  21202
Telephone:	410/534-6320
Facsimile:	410/951-9801

            Attorneys for Plaintiff 180s, Inc.


APPROVED:

Dated:_____	_____
                U.S. District Judge

#430186v.1